## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**CARDINAL HEALTH 200, LLC**       :
7000 Cardinal Place                :
Dublin, Ohio 43017,                :
                                   :    **Case No. 20-cv-2387**
    Plaintiff,                      :
                                   :    **Judge:**
v.                                 :
                                   :
**BENZER PHARMACY HOLDING LLC**     :
2200 Front St., Ste. 301           :
Melbourne, Florida 32901           :
Attn: J. Patrick Anderson,         :
Registered Agent                   :
                                   :
  Also Serve:  BENZER PHARMACY     :
               HOLDING, LLC        :
               5908 Breckenridge Pkwy :
               Tampa, Florida 33610, :
                                   :
AND                                :
                                   :
**ALPESH PATEL D/B/A BENZER**       :
**PHARMACY**                        :
10845 Standing Stone Drive         :
Wimauma, Florida 33598,            :
                                   :
AND                                :
                                   :
**MANISH PATEL D/B/A BENZER**       :
**PHARMACY**                        :
29346 Earth Lane                   :
Farmington Hills, Michigan 48331,  :
                                   :
    Defendants.                     :
                                   :
                                   :
                                   :

## COMPLAINT

Plaintiff, Cardinal Health 200, LLC ("Plaintiff" or "Cardinal Health"), files this Complaint against Defendants, Benzer Pharmacy Holding LLC ("Benzer"), Alpesh Patel ("A. Patel"), and Manish Patel ("M. Patel," and together with Benzer and A. Patel, collectively, the "Defendants"), and alleges and states as follows:

## PARTIES, JURISDICTION AND VENUE

1. Plaintiff is a Delaware limited liability company registered to do business in Florida with its principal place of business located in Dublin, Ohio. Plaintiff's sole member is Allegiance Corporation ("Allegiance"). Allegiance is a Delaware corporation with its principal place of business in Dublin, Ohio, and the sole member of Plaintiff. Plaintiff and Allegiance are subsidiaries of Cardinal Health, Inc. Plaintiff, among other things, has experience providing freight management, logistics and brokerage services for the healthcare industry.

2. Benzer is a Florida limited liability company with its principal place of business in Tampa, Florida. Upon information and belief, A. Patel and M. Patel are each 50% members of Benzer.

3. A. Patel is an individual residing in Wimauma, Florida, and a member and manager of Benzer. A. Patel guaranteed Benzer's debt to Cardinal Health.

4. Defendant M. Patel is an individual residing in Farmington Hills, Michigan, and a member and manager of Benzer. M. Patel also guaranteed Benzer's debt to Cardinal Health.

5. M. Patel and A. Patel are listed as the owners of the "Benzer Pharmacy" fictitious name registration number G15000093275 filed with the Florida Secretary of State, Division of Corporations, on or about September 10, 2015.

6. This Court possesses diversity subject-matter jurisdiction over this matter

pursuant to 28 U.S.C. § 1332(a)(1) because Plaintiff and each of the Defendants are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest, attorneys' fees and costs.

7.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) and/or 1391(b)(3), because: (a) a substantial part of the events or omissions giving rise to the claims in this action occurred in the district; and (b) there is no other district in which the action may be brought, and at least one of the Defendants is subject to the personal jurisdiction of this Court.

## **BACKGROUND FACTS**

8.      On or about May 5, 2017, Benzer executed and delivered a credit application (the "Credit Application") to Cardinal Health.  A true, correct and complete copy of the Credit Application (except for the redaction of social security numbers, tax ID numbers, and other private financial information) is attached hereto, and incorporated herein, as **Exhibit A.**

9.      As part of the Credit Application and as a condition to Cardinal Health's agreement to provide goods and services to Benzer on credit, Benzer granted Cardinal Health a security interest in all of Benzer's business assets, including, but not limited to, all goods, equipment, inventory, accounts, accounts receivable, healthcare receivables, chattel paper, instruments, investment property and all general intangibles, books and records, computer programs and records, and other personal property, tangible or intangible (collectively, the "Collateral").  (*See* Exhibit A at Section III, para. 11 (the "Security Agreement")).

10.      Cardinal Health properly perfected its security interest in the Collateral by filing a UCC Financing Statement with the Florida Secured Transaction Registry on or about May 9, 2017, Filing Number 201701165129.  A true, correct and complete copy of the UCC Financing Statement is attached hereto, and incorporated herein, as **Exhibit B.**

11.    On or about May 5, 2017, in connection with the Credit Application and as a further condition to Cardinal Health's agreement to provide products and services to Benzer on credit, A. Patel executed and delivered to Cardinal Health a personal guaranty (the "A. Patel Guaranty") pursuant to which he guaranteed the punctual and full payment (and not merely the ultimate collection) of all of Benzer's indebtedness and obligations of every kind to Cardinal Health whether then existing or thereafter arising.  (*See* Exhibit A at Section IV).

12.    On or about May 5, 2017, in connection with the Credit Application and as a further condition to Cardinal Health's agreement to provide products and services to Benzer on credit, M. Patel executed and delivered to Cardinal Health a personal guaranty (the "M. Patel Guaranty") pursuant to which he guaranteed the punctual and full payment (and not merely the ultimate collection) of all of Benzer's indebtedness and obligations of every kind to Cardinal Health whether then existing or thereafter arising. (*See* Exhibit A at Section IV).

13.    Effective as of November 9, 2017, Benzer and Cardinal Health entered into an OptiFreight® Services Agreement (the "OptiFreight® Agreement").  A true, correct, and complete copy of the OptiFreight® Agreement (except for redaction of certain confidential and proprietary business information) is attached hereto, and incorporated herein, as **Exhibit C**.

14.    Cardinal Health agreed under the OptiFreight® Agreement to provide third-party freight management services to Benzer through Cardinal Health's OptiFreight® freight management program in exchange for Benzer's agreement to pay Cardinal Health for the services in full and in accordance with the applicable payment terms.

15.    Pursuant to the terms of the OptiFreight® Agreement, Benzer requested from Cardinal Health, and Cardinal Health provided to Benzer, certain third-party freight management services (the "Freight Services").

16.     Cardinal Health invoiced Benzer for the Freight Services in accordance with the payment terms set forth in the OptiFreight® Agreement.

17.     Benzer did not dispute the invoices from Cardinal Health for the Freight Services.

18.     Benzer failed or refused to pay Cardinal Health for the Freight Services in full and in accordance with the applicable payment terms as agreed.

19.     On or about December 6, 2019, Cardinal Health received written notice from Benzer of Benzer's intent to terminate the OptiFreight® Agreement.

20.     Subsequently, Cardinal Health made a demand to Defendants for payment of the debt owed to Cardinal Health by Benzer for the Freight Services.

21.     Despite demand, Defendants failed or refused, and continue to fail or refuse, to pay the debt owed to Cardinal Health by Benzer for the Freight Services.

22.     Paragraph 4 of the OptiFreight® Agreement entitles Cardinal Health to assess interest at the rate of one and one-half percent (1.5%) per month (or the maximum rate allowed by law, if such rate is less than 1.5% per month) on any amount not paid by Benzer to Cardinal Health when due.

23.     As of June 17, 2020, the amount due and owing to Cardinal Health by Benzer for the Freight Services was $1,318,072.75, comprised of $1,255,945.36 of principal and $62,127.39 of interest.  Attached hereto as **Exhibit D** is a summary setting forth each outstanding invoice provided to Benzer by Cardinal Health in connection with the Freight Services. Interest continues to accrue on the account at the rate of 1.5% per month (or the maximum rate allowed by law if less than 1.5% per month) through the date of collection.

## FIRST CLAIM FOR RELIEF – BREACH OF CONTRACT (BENZER)

24.     Cardinal Health hereby adopts the preceding paragraphs and incorporates them by reference as if fully restated herein.

25.     Cardinal Health performed in accordance with the terms of the OptiFreight® Agreement by providing the Freight Services to Benzer on credit.

26.     Benzer failed to perform in accordance with the terms of the OptiFreight® Agreement by, in part, neglecting or refusing to pay Cardinal Health for the Freight Services.

27.     Benzer's non-performance constituted a breach of the OptiFreight® Agreement.

28.     As a result of Benzer's breach, Cardinal Health suffered damages.  In particular, Cardinal Health was damaged by providing Benzer with the Freight Services for which Benzer failed and refused to pay Cardinal Health.

29.     The sum of $1,318,072.75, together with additional interest at the rate of 1.5% per month (or the maximum rate allowed by law, if such rate is less than 1.5% per month) from June 17, 2020 until the date of collection, is due and payable to Cardinal Health from Benzer under the OptiFreight® Agreement; and Cardinal Health is entitled to a judgment against Benzer in that amount.

## SECOND CLAIM FOR RELIEF – SERVICES SOLD AND DELIVERED (BENZER)

30.     Cardinal Health re-alleges and incorporates paragraphs 1 through 23 as if fully set forth herein.

31.     Cardinal Health delivered third-party freight management services, including the Freight Services, to Benzer; and Benzer accepted, used, and received all the benefits of those third-party freight management services, including the Freight Services, at Cardinal Health's

expense.

32.     Benzer has not paid Cardinal Health for the Freight Services.

33.     Benzer owes Cardinal Health the amount due for the Freight Services.

34.     Cardinal Health is due and owed the sum of $1,318,072.75, plus interest at the rate of 1.5% per month (or the maximum rate allowed by law, if such rate is less than 1.5% per month) from June 17, 2020 until the date of collection, for the Freight Services; and Cardinal Health is entitled to a judgment against Benzer in that amount.

### THIRD CLAIM FOR RELIEF – UNJUST ENRICHMENT (BENZER)

35.     Cardinal Health re-alleges and incorporates paragraphs 1 through 7, 16 through 21, and 23, as if fully set forth herein.

36.     In response to Benzer's request that Cardinal Health provide third-party freight management services, including the Freight Services, for Benzer's benefit and Benzer's promise of payment for the services provided, Cardinal Health continued to provide such third-party freight management services, including the Freight Services, to Benzer on credit.

37.     Benzer used, accepted and benefited from the third-party freight management services, including the Freight Services, provided by Cardinal Health, but did not pay Cardinal Health for the services as promised.

38.     Benzer received a valuable benefit from Cardinal Health in the form of the Freight Services.

39.     Based on the OptiFreight® Agreement and Benzer's request that Cardinal Health provide the Freight Services, Cardinal Health reasonably expected to be paid by Benzer for the value of the Freight Services.

40.     Benzer was aware that Cardinal Health was providing the Freight Services with

the expectation of being paid for the services, and Benzer accepted the Freight Services.

41.     Cardinal Health has been damaged by Benzer's acceptance and use of the Freight Services without payment, in violation of the fundamental principles of justice, equity and good conscience.

42.     It would be unjust for Benzer to retain the benefits conferred upon it by Cardinal Health without paying for such benefits.

43.     Cardinal Health is entitled to recover from Benzer the reasonable value of the Freight Services that Benzer wrongfully requested, accepted and utilized without payment.

44.     The total reasonable value of the third-party freight management services that Benzer requested, accepted and utilized without payment is not less than $1,255,945.36; and Cardinal Health is entitled to a judgment in that amount.

## FOURTH CLAIM FOR RELIEF – FORECLOSURE OF RIGHTS UPON COLLATERAL (BENZER)

45.     Cardinal Health re-alleges and incorporates paragraphs 1 through 23 as if fully set forth herein.

46.     This is a claim for judicial foreclosure of Cardinal Health's security interest in property pursuant to Section 679.601, Florida Statutes.

47.     Cardinal Health is the holder of a security interest in the Collateral, the Collateral is located in Florida, and Benzer has defaulted on the terms of the security agreement.

48.     Under the security interest Benzer granted to Cardinal Health, Cardinal Health's security interest in the Collateral entitles Cardinal Health to possession and execution on the Collateral upon default by Benzer.

49.     Benzer is in default of its obligations to Cardinal Health as herein alleged, and Cardinal Health's interest in the Collateral is superior to any interest held by Benzer.

50.     Cardinal Health is entitled to an order and judgment authorizing it to take immediate possession of the Collateral, to have the Collateral sold by the United States Marshalls Service, and levy execution on the Collateral.

### FIFTH CLAIM FOR RELIEF – BREACH OF GUARANTY (A. PATEL)

51.     Cardinal Health re-alleges and incorporates paragraphs 1 through 23 as if fully set forth herein.

52.     To induce Cardinal Health to provide products and services to Benzer on credit, A. Patel executed and delivered the A. Patel Guaranty to Cardinal Health. (*See* Exhibit A at Section IV.)

53.     Cardinal Health was induced to supply, and did supply, third-party freight management services, including the Freight Services, to Benzer after obtaining the A. Patel Guaranty.

54.     A. Patel has breached the A. Patel Guaranty by failing to pay the monies owed by Benzer to Cardinal Health for the Freight Services after Benzer failed to pay such obligations.

55.     As a result of A. Patel's breach of the A. Patel Guaranty, Cardinal Health has suffered damages in the total amount of $1,318,072.75, plus interest accruing at the rate of 1.5% per month (or the highest rate allowed by law if lower) from June 17, 2020 until the date of collection, and all attorneys' fees and court costs.

### SIXTH CLAIM FOR RELIEF – BREACH OF GUARANTY (M. PATEL)

56.     Cardinal Health re-alleges and incorporates paragraphs 1 through 23 as if fully set forth herein.

57.     To induce Cardinal Health to provide products and services to Benzer on credit, M. Patel executed and delivered the M. Patel Guaranty to Cardinal Health. (*See* Exhibit A at

Section IV.)

58.     Cardinal Health was induced to supply and did supply third-party freight management services, including the Freight Services, to Benzer after obtaining the M. Patel Guaranty.

59.     M. Patel has breached the M. Patel Guaranty by failing to pay the monies owed by Benzer to Cardinal Health for the Freight Services after Benzer failed to pay such obligations.

60.     As a result of M. Patel's breach of the M. Patel Guaranty, Cardinal Health has suffered damages in the total amount of $1,318,072.75, plus interest accruing at the rate of 1.5% per month (or the highest rate allowed by law if lower) from June 17, 2020 until the date of collection, and all attorneys' fees and court costs.

## **RELIEF REQUESTED**

WHEREFORE, Plaintiff, Cardinal Health 200, LLC, demands judgment against Defendants, Benzer Pharmacy Holding LLC, Alpesh Patel, and Manish Patel, jointly and severally, in the amount of $1,318,072.75, plus interest accruing at the rate of 1.5% per month (or the highest rate allowed by law if such rate is less than 1.5% per month) from June 17, 2020, until the date of collection; for an Order granting Cardinal Health possession of the Collateral and have the Collateral sold by the United States Marshalls Service, and levy execution on the Collateral; and for such other and further relief as may be necessary and appropriate.

Respectfully submitted,

By: */ s / Javier A. Pacheco*
        Javier A. Pacheco / Florida Bar No.: 51368
        Sara K. White / Florida Bar No.: 86014
        Porter, Wright, Morris & Arthur LLP
        9132 Strada Place, Third Floor
        Naples, FL 34108
        (239) 593-2900 (telephone)

(239) 593-2990 (facsimile)
jpacheco@porterwright.com
swhite@porterwright.com
Secondary Emails:
brosado@porterwright.com
pbraxton@porterwright.com
*Attorneys for Plaintiff*

13679397v3